UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CINDY A. KRUGER,

    Plaintiff,

Case No. 1:07-cv-415

v

Hon. Wendell A. Miles

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

JUDGMENT

The decision of the Commissioner denying disability benefits is AFFIRMED.

Entered this 12th day of September, 2008.

                                         /s/ Wendell A. Miles
                                         Wendell A. Miles, Senior Judge